UNITED STATES DISTRICT COURT
NORTHERN OF NEW YORK

Nigel Fredericks
Plaintiff

v.

Donald Trumph
Defendant

Jury trial demanded
yes

Individual capacity
and official capacity

Plaintiff Nigel Fredericks has not exhust his Administrative Remedy's with the grievance process under imminent danger pass his three strikes


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 12 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

1. On April 7, 2025 plaintiff Nigel Fredericks has arrived to Five Points correctional facility and since it's been nothing but retaliation against the department of corrections and Army appointed by the president of united states

2. Prior to that occasion here are the main factors on a consistently basis I have to live with when things don't go as the way the government plan such as not being able to come into my cell to make a mess if really up-set them to the point the only thing they can really do is tamper with my food and placing hedomene neurolepken inside me

3. On that occasion I consistently place for sick call daily meaning almost everyday and here are the things I complains of I'm having major trouble breathing in my sleep they refers to the army whom serve my food make it hard for me to chew and swollow my food if felt as if something's stuck in my throat and can't cough it up.

4. It's becoming a everyday routine where the nurse states I will see a provider but in the mean time take these ISOPROFEN knowing that don't help because it's not able to cover these systomps I'm haveing.

5. Prior to that matter the real reasons why the Army are appointed to the State Department of Correction is because the entity are held in contempt and I went to trial held on November 18, 19, 2024 and had have proven the correct date July 12, 2015 and since it's been a catastrophe.

6. Soon thereafter prior to paragraph 5 the Department of Correction had committed a serious crime at one of the correctional facility one of the individual held in contempt for their actions of breaking the law and that inmate name was Robert Brooks and since two other incidents occured at Clinton C.F. and Auburn C.F.

7. Prior to that matter the governer Kathy Hochul is putting her foot down hard on D.O.C department of correction to the point she even make them wear body worn cameras.

8. And since that situation occured D.O.C department of correction went on a major strike it was over fifty to eighty thousand officer fired to my knowledge and the governer warned them this was to ever happen this would be her first and last warning.

9. On that occasion it's clear as day that the army do not wanna be here neither do when in free to be quite by now able to have my freedom, but its not a choice in this matter so it would be more of their measure to pac continuene violate my constitutional rights

10. And to clear things up a bit when I say department of correctional i'm also referring to the under cover federal agent whom cover has been blown several years ago that contribute to this madness

11. The president of the United States only want one thing and dont really care for too much other thing because he mele us if i got or know about such thing it will not only held him accountable but plenty others such as the government

12. On that occasion as i once had suffer enduring the courts complaing of the current president Joseph Biden not knowing where he speculate these thereof knowing the government secret if it's really is one and what make you think out of all people im aware and expose it to the world but you wrong and i know none whatsoever

14. Plaintiff Nigel Fredericks will further demonstrated on how this Nickitan keep on encounter with my life in general and it don't matter how many times I try to explain it or what form of fashion someone thereof hold me fully accountable.

15. The realtention arose from the case that was pending from the Northern district of New York case # 9:17-CV- 0015 two day trial on 11-18 and 19 of 2024, everything was proven dates, incidents, injuries, defendant.

16. On that occasion now the case is pending in the court of appeals second circuit and it seem to be problem I have something that keeping in prison don't wanna let me move on in life with out a hassle it's becoming a tugger war

17. Why I'm saying these things because orders was made in both court district and court of appeals but in order to keep things going the way it is must give something up I don't have or ever know about and I don't even think they have and to be honest what I might supposedly have its all a theory don't amount to nothing. People broadcasting false information

## Claim 1 Due Process

18. I'm consistently the one being penalize to the worst degree possible everyday of my life for almost the hole time incarcerated for something no one have personal knowledge of but continue to go on and on, leaving a major impact on my life as well.

19. honestly speaking I don't know how it all happen who said what or maybe some people just have guilty conscise about what ever and just worrying to meth. but as I onec explain its causeing a catastrophe on both ends

20. And im not disputeing the fact that not only you refering to the president mr Donald trumph of your tragic event or the trumatic outcome of yours in public such all over thy news but you only see it one way of getting it all now or not refering to the truth I say that because im suffering to behind this thereof, as well when not one from have anyone said I can solve this thereof time

21. Therefore Plaintiff Nigel Fredericks is sueing Sole defendant president mr Donald trumph in his individual capacity and official capacity for the Pain and supre mental anguesh cruel and unusel pustimen or compensatory and puntive damages

Respectfully Submitted

Nigel Fredericks

5-5-25

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Nigel Freckrides   DIN: 22B1005   LOC: D-4

neopost
05/06/2025
US POSTAGE $001.77⁰
FIRST-CLASS MAIL
IMI
ZIP 14541

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 12 2025

RECEIVED

Clerk
Northern District Court
100 S. Clinton Street
Syracuse N.Y. 13261-7367